On motion to dismiss appeal. Appeal dismissed December 16, 1924.

## J. A. HARRIS *v.* J. S. LEBB, SECURITY SAVINGS & TRUST CO. ET AL.

(231 Pac. 187.)

(No Syllabus.)

From Multnomah: WALTER H. EVANS, Judge.

In Banc.

APPEAL DISMISSED.

*Messrs. Chamberlain, Thomas & Kraemer,* for the motion.

No appearance *contra.*

McBRIDE, C. J.—The facts in this case are the same as the facts in the other case of *Harris* v. *Lebb,* decided this day, and for the reason there given the appeal is dismissed.

APPEAL DISMISSED.